IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RESERVATIONS UNLIMITED, LLC and
DAVID WILCOX,

    Plaintiffs,

v.                                                  Civ. No. 19-1061 KG/KK

NEWTEK SMALL BUSINESS FINANCE,
LLC and CHRISTINE BEDROSSIAN,

    Defendants.

## FINAL JUDGMENT

Having previously granted Defendants Newtek Small Business Finance, LLC and Christine Bedrossian's Motion to Dismiss (Doc. 9) via Memorandum Opinion and Order (Doc. 23), and having now granted Defendant Newtek's Motion for Summary Judgment (Doc. 47) by separate Memorandum Opinion and Order (Doc. 64), and pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

IT IS ORDERED that:

1.     Counts I, II, and III of the Complaint are dismissed without prejudice for failure to state a claim upon which relief can be granted;

2.     Count IV of the Complaint is dismissed with prejudice; and

3.     This case is hereby closed.

                                                                    UNITED STATES DISTRICT JUDGE